UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALONZO TISDALE | ) JURY TRIAL DEMANDED |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:25CV00937RP |
| | ) |
| CASTLEROCK COMMUNITIES, LLC. AND MERCURY LUXURY HOMES BY CASTLEROCK | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is a civil action brought by Plaintiff Alonzo Tisdale against CastleRock Communities, LLC and Mercury Luxury Homes by CastleRock (collectively, "Defendants") for breach of contract, violation of federal regulations governing VA-backed loans, and injunctive relief. This lawsuit also includes claims under the Texas Deceptive Trade Practices Act (DTPA), for which Plaintiff has issued the statutorily required 60-day notice and reserves the right to amend this petition to seek additional damages and attorney's fees under the DTPA if the matter is not resolved.

### II. JURISDICTION AND VENUE

1

2. The amount in controversy exceeds the jurisdictional minimum of this Court.

3. Venue is proper in Williamson County, Texas under Texas Civil Practice and Remedies Code § 15.002(a)(1) because all or a substantial part of the events giving rise to the claims occurred in this county.

4. Venue is proper because Plaintiff resides here, the acts and or transactions occurred here, and CastleRock Communities LLC and Mercury Homes by CastleRock (collectively, "Defendants") transact business here.

### III. PARTIES

5. Plaintiff, Alonzo Tisdale, (hereinafter "Plaintiff") is an individual, natural person, and resident of Williamson County, Texas.

6. Defendant, CastleRock Communities, LLC and Mercury Luxury Homes by CastleRock, is a foreign corporation which is authorized to do business in Texas. CastleRock Communities, LLC, has a filing number of 804217649 since August 30, 2021. Service may be completed on the following registered agent:

> Vilma Kunert
> 2401 Fountain View Drive, Suite # 215
> Houston, TX  77057

### IV. FACTS OF THE COMPLAINT

7. Plaintiff is a "consumer" as defined by §17.45(4) of the Texas Business and Commerce Code.

8. Plaintiff entered into a contract to purchase a home located at 100 Quail Convey Drive, Jarrell, Texas, using a VA-backed loan.

9. The contract included a $15,000 seller-paid closing cost contribution. The VA appraisal later determined the property value to be approximately $30,000 less than the contracted sale price.

10. Defendants refused to honor the original seller-paid closing cost agreement and instead attempted to coerce Plaintiff into accepting worse terms or forfeit all deposits. This violates 38 CFR § 36.4303(k)(4) and VA Circular 26-17-18.

11. Plaintiff has issued the required 60-day notice under the Texas Business and Commerce Code § 17.505(a) and reserves the right to amend this Petition to pursue DTPA treble damages and attorney's fees if the matter is not resolved.

## V.   CAUSE OF ACTION

A. Breach of Contract

12. Plaintiff and Defendants entered into a valid, enforceable contract. Plaintiff performed his obligations. Defendants breached the contract by refusing to honor agreed terms and denying return of deposits.

B. Violation of Federal VA Loan Regulations

13. Defendants violated 38 CFR § 36.4303(k)(4) and VA Circular 26-17-18 by imposing a penalty when Plaintiff elected not to proceed after the appraisal came in lower than the contract price.

C. Application for Temporary and Permanent Injunction

14. Plaintiff seeks a Temporary Restraining Order and Injunctive Relief to prevent the Defendants from selling or conveying the subject property until this dispute is resolved.

3

## VI.    JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Alonzo Tisdale, respectfully demands a jury trial and requests that judgement be entered in favor of Plaintiff and against the Debt Collector for:

a. Issue a Temporary Restraining Order and Preliminary Injunction prohibiting the sale of 100 Quail Convey Drive Jarrell, TX 76537;

b. Award Plaintiff full return of earnest money and design center deposits;

c. Declare the appraisal-related contract provisions void and unenforceable;

d. Award actual damages and allow for amendment to seek treble damages under the DTPA after 60 days; and

e. Grant all other relief to which Plaintiff is justly entitled.

Respectfully submitted:

Alonzo Tisdale
Address: 417 Riverdale Drive
         Jarrel, TX 76537
Phone:   469-728-4128
Email:   alonzotisdale0@gmail.com